# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Bryan, Christina A. | 2. Court or Organization<br><br>U.S. District Court for the Southern District of Texas | 3. Date of Report<br><br>08/10/2020 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Magistrate Judge (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |
| 7. Chambers or Office Address<br><br>Bob Casey Courthouse<br>515 Rusk Street<br>Houston, TX 77002 | | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President's Council | Inprint Houston |
| 2. | Board of Directors | Emerge |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 08/10/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

**✔** NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2019 | Self-employed (attorney) |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

**✔** NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. CitiMortgage | Mortgage on rental property | O |
| 2. Wells Fargo | Line of credit | L |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Individual Assets (H) | | | | | | | | | |
| 2. Wells Fargo Bank NA (cash) | A | Interest | K | T | | | | | |
| 3. Rental Property #1, Teton County, WY | E | Rent | P1 | W | | | | | |
| 4. Ethereum | | None | J | T | | | | | |
| 5. Litecoin | | None | | | Sold | 05/24/19 | J | | |
| 6. KM 1464 Partners, LP | | None | L | V | | | | | |
| 7. KM-TS Partners, LP | D | Distribution | L | V | | | | | |
| 8. Susman Godfrey, LLP (Cap. Account) | B | Interest | M | T | | | | | |
| 9. Walker Family Farms LTD | | None | J | U | Distributed (part) | 08/01/19 | P1 | H1 | |
| 10. IRA #1 (H) | | | | | | | | | |
| 11. Schwab Signature Bank Account (cash) | A | Interest | J | T | | | | | |
| 12. SPDR Long Term Treasury ETF (SPTL) | A | Dividend | K | T | Buy | 09/16/19 | K | | |
| 13. Vanguard S&P 500 ETF (VOO) | A | Dividend | M | T | Buy | 12/16/19 | M | | |
| 14. Xtrackers MSCI EAFE Hdgd (DBEF) | A | Dividend | J | T | | | | | |
| 15. Doubleline Total Return Bond (DBLTX) | B | Dividend | K | T | | | | | |
| 16. Templeton Global Bond Fund (TGBAX) | B | Dividend | K | T | | | | | |
| 17. Baron Emerging Markets Fund Inst (BEXIX) | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| | | Name of Person Reporting | Date of Report |
|---|---|---|---|
| | | Bryan, Christina A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Cohen & Steers MLP And Energy Oppty I (MLOIX) | B | Dividend | K | T | Buy (add'l) | 07/01/19 | J | | |
| 19. First Eagle Overseas Fund (SGOIX) | A | Dividend | J | T | | | | | |
| 20. Oakmark Intl Fd Adv (OAYIX) | B | Dividend | L | T | | | | | |
| 21. Primecap Odyssey Aggr Growth Fd (POAGX) | D | Dividend | L | T | | | | | |
| 22. Vanguard Div Growth Fund (VDIGX) | C | Dividend | L | T | | | | | |
| 23. iShares 7-10 Year Treasury Bond (IEF) | A | Dividend | | | Sold (part) | 06/28/19 | J | | |
| 24. | | | | | Sold | 09/16/19 | L | | |
| 25. SPDR S&P 500 ETF (SPY) | A | Dividend | | | Sold | 12/16/19 | K | | |
| 26. Artisan Global Value Fd Adv (APDGX) | B | Dividend | | | Buy (add'l) | 01/18/19 | J | | |
| 27. | | | | | Sold | 12/16/19 | L | | |
| 28. IRA #2 (H) | | | | | | | | | |
| 29. Vanguard S&P 500 ETF (VOO) | A | Dividend | L | T | Buy | 12/16/19 | L | | |
| 30. Xtrackers MSCI EAFE HDGD (DBEF) | B | Dividend | K | T | | | | | |
| 31. First Eagle Overseas Fund (SGOIX) | B | Dividend | K | T | | | | | |
| 32. Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | J | T | Buy | 03/19/19 | J | | |
| 33. SPDR S&P 500 ETF (SPY) | A | Dividend | | | Sold | 12/16/19 | L | | |
| 34. IRA #4 (H) | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35.   First Eagle Overseas Fund (SGOVX) | A | Dividend | J | T | | | | | |
| 36.   Schwab S&P 500 Index Fund (SWPPX) | A | Dividend | J | T | | | | | |
| 37.   Schwab US Mid Cap (SWMCX) | A | Dividend | J | T | | | | | |
| 38.   RETIREMENT PLAN #1 (H) | | | | | | | | | |
| 39.   Schwab Bank Sweep Account (cash) | A | Interest | K | T | | | | | |
| 40.   Invesco S&P 500 Pure Value ETF (RPV) | B | Dividend | L | T | Buy<br>(add'l) | 03/19/19 | J | | |
| 41.   iShares Core S&P Mid-Cap ETF (IJH) | | None | L | T | Buy | 12/16/19 | L | | |
| 42.   Schwab Short Term US Treasury ETF<br>(SCHO) | B | Dividend | M | T | Buy | 09/18/19 | M | | |
| 43.   SPDR Long Term Treasury (SPTL) | A | Dividend | K | T | Buy | 09/16/19 | K | | |
| 44.   SPDR S&P 600 Smalll Cap (SLYV) | B | Dividend | L | T | Buy | 02/22/19 | L | | |
| 45.   Vanguard S&P 500 ETF (VOO) | B | Dividend | N | T | Buy | 12/16/19 | N | | |
| 46.   Xtrackers MSCI EAFE HDGD (DBEF) | D | Dividend | N | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 47. | | | | | Sold<br>(part) | 03/19/19 | J | A | |
| 48. | | | | | Buy<br>(add'l) | 12/16/19 | L | | |
| 49. | | | | | Buy<br>(add'l) | 12/16/19 | L | | |
| 50.   Doubleline Total Return Bond Fund<br>(DBLTX) | C | Dividend | M | T | Buy<br>(add'l) | 12/16/19 | K | | |
| 51.   Lord Abbett Short Dur Income Fd Cl I<br>(LLDYX) | B | Dividend | L | T | Buy<br>(add'l) | 12/17/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. Templeton Global Bond Fund Adv Cl (TGBAX) | C | Dividend | L | T | | | | | |
| 53. Vanguard Interm Term Inv Grade Admiral (VFIDX) | C | Dividend | M | T | | | | | |
| 54. Akre Focus Fd Inst (AKRIX) | C | Dividend | M | T | | | | | |
| 55. Artisan INTL Value Fund ADV (APDKX) | A | Dividend | L | T | Buy | 12/16/19 | L | | |
| 56. Baron Emrg Mkts Fd Inst (BEXIX) | A | Dividend | L | T | | | | | |
| 57. Cohen & Steers MLP and Energy Oppty I (MLOIX) | C | Dividend | L | T | Buy (add'l) | 12/16/19 | J | | |
| 58. First Eagle Overseas Fund (SGOIX) | C | Dividend | L | T | | | | | |
| 59. Oakmark Intl Oppty Fd Inst (OAYIX) | A | Dividend | K | T | | | | | |
| 60. Oberweis Intl Oppty Fund (OBIIX) | A | Dividend | J | T | Buy (add'l) | 01/18/19 | K | | |
| 61. | | | | | Sold (part) | 12/16/19 | M | | |
| 62. Primecap Odyssey AGGR (POAGX) | A | Dividend | K | T | Buy | 03/21/19 | K | | |
| 63. Vanguard Div Growth Fd (VDIGX) | C | Dividend | L | T | | | | | |
| 64. iShares 7-10 Year Treasury Bd (IEF) | B | Dividend | | | Buy (add'l) | 03/19/19 | K | | |
| 65. | | | | | Sold | 09/16/19 | M | D | |
| 66. SPDR Dow Jones Industrial Avg (DIA) | B | Dividend | | | Sold | 12/16/19 | L | E | |
| 67. SPDR S&P Midcap 400 ETF (MDY) | A | Dividend | | | Sold | 12/16/19 | L | D | |
| 68. SPDR S&P 500 ETF (SPY) | D | Dividend | | | Buy (add'l) | 01/18/19 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 03/19/19 | K | | |
| 70. | | | | | Buy (add'l) | 06/28/19 | J | | |
| 71. | | | | | Sold | 12/16/19 | N | G | |
| 72. Artisan Global Value Fd Adv (APDGX) | A | Dividend | | | Sold | 12/16/19 | K | A | |
| 73. Gotham Enhanced Return Fd Inst (GENIX) | | None | | | Sold | 02/22/19 | M | D | |
| 74. BROKERAGE ACCOUNT #1 (H) | | | | | | | | | |
| 75. Schwab Signature Bank (cash) | A | Interest | K | T | | | | | |
| 76. Stabilis Energy INC (SLNG) | | None | K | T | | | | | |
| 77. Invesco QQQ Trust (QQQ) | A | Dividend | L | T | | | | | |
| 78. Invesco S&P 500 Pure (RPV) | A | Dividend | J | T | Buy (add'l) | 03/19/19 | J | | |
| 79. iShares 7-10 Year Treasury Bond (IEF) | A | Dividend | | | Sold | 06/28/19 | J | | |
| 80. SPDR Dow Jones Industrial Avg (DIA) | B | Dividend | L | T | | | | | |
| 81. SPDR S&P Midcap 400 ETF (MDY) | B | Dividend | M | T | | | | | |
| 82. SPDR S&P 500 ETF (SPY) | B | Dividend | L | T | | | | | |
| 83. Vanguard Large Cap ETF (VV) | B | Dividend | M | T | | | | | |
| 84. Vanguard S&P 500 ETF (VOO) | A | Dividend | K | T | Buy | 12/16/19 | K | | |
| 85. Xtrackers MSCI EAFE HDGD (DBEF) | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bryan, Christina A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. Doubleline Total Return Bond Fund (DBLTX) | A | Dividend | K | T | | | | | |
| 87. Cohen & Steers MLP and Energy Oppty I (MLOIX) | C | Dividend | L | T | | | | | |
| 88. First Eagle Overseas Fund (SGOIX) | C | Dividend | K | T | | | | | |
| 89. Oakmark Intl Fd Adv (OAYIX) | A | Dividend | K | T | | | | | |
| 90. Oberweis Intl Oppty Fund (OBIIX) | A | Dividend | L | T | | | | | |
| 91. Primecap Odyssey Aggr Growth Fd (POAGX) | C | Dividend | K | T | | | | | |
| 92. Vanguard Div Growth Fd (VDIGX) | C | Dividend | L | T | | | | | |
| 93. BROKERAGE ACCOUNT #2 (H) | | | | | | | | | |
| 94. Schwab Premier Bank (cash) | A | Interest | J | T | Open | 08/01/19 | P1 | | |
| 95. Schwab Value Advantage (SWVXX) | D | Dividend | N | T | Buy | 08/08/19 | O | | |
| 96. | | | | | Sold (part) | 08/26/19 | J | | |
| 97. | | | | | Sold (part) | 09/03/19 | J | | |
| 98. | | | | | Sold (part) | 09/17/19 | N | | |
| 99. | | | | | Sold (part) | 09/18/19 | J | | |
| 100. | | | | | Sold (part) | 10/04/19 | J | | |
| 101. | | | | | Sold (part) | 11/06/19 | J | | |
| 102. | | | | | Sold (part) | 12/04/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103. | | | | | Sold<br>(part) | 12/17/19 | N | | |
| 104. St Lucie CN FL SD (79207QCT2) | A | Interest | K | T | Buy | 08/06/19 | K | | |
| 105. Douglas Alabama Wat (79207QCT2) | | None | K | T | Buy | 08/06/19 | K | | |
| 106. Invesco S&P 500 Pure Value ETF (RPV) | A | Dividend | K | T | Buy | 08/06/19 | J | | |
| 107. | | | | | Buy<br>(add'l) | 12/17/19 | J | | |
| 108. iShares Core S&P Mid-Cap ETF (IJH) | | None | K | T | Buy | 12/17/19 | K | | |
| 109. Schwab Short Term US Treasury ETF (SCHO) | A | Dividend | K | T | Buy | 12/17/19 | K | | |
| 110. SPDR Portfolio Long Term (SPTL) | A | Dividend | K | T | Buy | 12/17/19 | K | | |
| 111. SPDR S&P Midcap 400 ETF (MDY) | A | Dividend | J | T | Buy | 08/06/19 | J | | |
| 112. SPDR S&P 500 ETF (SPY) | A | Dividend | M | T | Buy | 08/06/19 | L | | |
| 113. Vanguard S&P 500 ETF (VOO) | A | Dividend | L | T | Buy | 12/17/19 | L | | |
| 114. Xtrackers MSCI EAFE HDGD EQY ETF (DBEF) | A | Dividend | L | T | Buy | 08/06/19 | K | | |
| 115. | | | | | Buy<br>(add'l) | 12/17/19 | K | | |
| 116. Doubeline Total Return BD FD (CL I) (DBLTX) | A | Dividend | K | T | Buy | 08/06/19 | L | | |
| 117. | | | | | Sold<br>(part) | 12/17/19 | K | | |
| 118. Lord Abbett Short Dur Income Fd Cl I (LLDYX) | A | Dividend | K | T | Buy | 12/17/19 | K | | |
| 119. Pioneer Multi Asset ULTR Ashort (INCM Y) (MYFRX) | A | Dividend | K | T | Buy | 08/06/19 | K | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 120. | | | | | Sold (part) | 12/17/19 | J | | |
| 121. Templeton Global Bond Fund (ADV CL) (TGBAX) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 122. Vanguard Interm Term Inv Grade Admiral (VFIDX) | A | Dividend | K | T | Buy | 12/18/19 | K | | |
| 123. Akre Focus Fd Inst (AKRIX) | | None | K | T | Buy | 12/17/19 | K | | |
| 124. Artisan INTL Value Fund ADV (APDKX) | | None | K | T | Buy | 12/17/19 | K | | |
| 125. Baron Emrg Mkts Fd Inst (BEXIX) | | None | K | T | Buy | 12/17/19 | K | | |
| 126. Cohen & Steers MLP and Energy OPPTY I (MLOIX) | A | Dividend | K | T | Buy | 08/06/19 | K | | |
| 127. First Eagle Overseas Fund (CL I) (SGOIX) | C | Dividend | K | T | Buy | 08/06/19 | K | | |
| 128. | | | | | Buy (add'l) | 12/17/19 | J | | |
| 129. Primecap Odyssey Aggr Growth FD (POAGX) | B | Dividend | K | T | Buy | 08/06/19 | K | | |
| 130. Vanguard Div Growth FD Investor SHRS (VDIGX) | | None | K | T | Buy | 12/18/19 | K | | |
| 131. EDUCATION ACCOUNT #1 (H) | | | | | | | | | |
| 132. American Funds American Mutual Fund 529F1 (CMLFX) | A | Dividend | | | Sold | 12/30/19 | J | | |
| 133. The Bond Fund of America- 529F1 (CFAFX) | A | Dividend | K | T | Buy | 12/30/19 | K | | |
| 134. EuroPacific Growth Fund- 529F1 (CEUFX) | | None | J | T | Buy | 12/30/19 | J | | |
| 135. American Funds Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | | | Sold | 12/30/19 | K | | |
| 136. American Funds The New Economy Fund 529F1 (CNGFX) | A | Dividend | | | Sold | 12/30/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137. American Funds New Perspective Fund 529F1 (CNPFX) | A | Dividend | | | Sold | 12/30/19 | J | | |
| 138. Short-Term Bond Fund of America- 529F1 (CFAMX) | A | Dividend | K | T | Buy | 12/30/19 | K | | |
| 139. Washington Mutual Investors Fund- 529F1 (CWMFX) | | None | J | T | Buy | 12/30/19 | J | | |
| 140. EDUCATION ACCOUNT #3 (H) | | | | | | | | | |
| 141. EuroPacific Growth Fund- 529F1 (CEUFX) | | None | K | T | Buy | 12/30/19 | K | | |
| 142. American Funds Intermediate Bond Fund of America 529F1 (CBOFX) | B | Dividend | K | T | Sold (part) | 12/30/19 | K | | |
| 143. The New Economy Fund- 529F1 (CNGFX) | A | Dividend | | | Buy | 11/22/19 | J | | |
| 144. | | | | | Sold | 12/30/19 | J | | |
| 145. New Perspective Fund- 529F1 (CNPFX) | A | Dividend | | | Buy | 11/22/19 | J | | |
| 146. | | | | | Sold | 12/30/19 | J | | |
| 147. American Funds Short-Term Bond Fund of America 529F1 (CFAMX) | B | Dividend | K | T | Sold (part) | 12/30/19 | K | | |
| 148. American Funds Washington Mutual Investors Fund 529F1 (CWMFX) | A | Dividend | L | T | Buy (add'l) | 12/30/19 | K | | |
| 149. Education Account #4 (H) (X) | | | | | | | | | |
| 150. American Mutual Fund- 529F1 (CMLFX) | A | Dividend | | | Buy | 11/22/19 | J | | |
| 151. | | | | | Sold | 12/30/19 | J | | |
| 152. EuroPacific Growth Fund- 529F1 (CEUFX) | | None | J | T | Buy | 12/30/19 | J | | |
| 153. Intermediate Bond Fund of America 529F1 (CBOFX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Bryan, Christina A. | 08/10/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold (part) | 12/30/19 | J | | |
| 155. The New Economy Fund- 529F1 (CNGFX) | A | Dividend | | | Buy | 11/22/19 | J | | |
| 156. | | | | | Sold | 12/30/19 | J | | |
| 157. New Perspective Fund- 529F1 (CNPFX) | A | Dividend | | | Buy | 11/22/19 | J | | |
| 158. | | | | | Sold | 12/30/19 | J | | |
| 159. Short-Term Bond Fund of America- 529F1 (CFAMX) | A | Dividend | J | T | Buy | 11/22/19 | J | | |
| 160. | | | | | Buy (add'l) | 12/30/19 | J | | |
| 161. Washington Mutual Investors Fund- 529F1 (CWMFX) | | None | K | T | Buy | 12/30/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Bryan, Christina A.** | 08/10/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII. lines 6 and 7: Valuation of each of these real estate partnerships is based upon the original buy-in value. All underlying assets are believed to be operational in nature.

Part VII, line 9: Income and value of this farm are based upon ownership share. All underlying assets are believed to be operational in nature.

Stabilis Energy INC (SLNG) was American Electric TE (AETI).

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Christina A. Bryan**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544